Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501
(907) 277-2006
Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: ) | |
| ) | |
| RANDY LEE ROOSDETT, ) | Case No. A11-00858-HAR |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

### Order Approving Auction Instructions for Sale of Equestrian Heights Property

     Larry D. Compton, Trustee, moved for approval of his sale of the property described in the attached Auction Instruction. Objections were filed by Chase Roosdett and Elizabeth Roosdett, and a competing, higher offer was submitted. The trustee and the Roosdetts agreed to continue the hearing on the Trustee's proposed sale to June 5, 2014 at 9 am and to conduct an auction of the property at that time.

     IT IS ORDERED

     The attached Auction Instructions, approved by both parties, shall govern the conduct of the auction.

DATED: May 16, 2014

     /s/ Herb Ross
   HERB ROSS
U.S. Bankruptcy Judge

Form of order approved

Attorney for Chase Roosdett

/s/ David Bundy


Attorney for Trustee

/s/ Erik LeRoy


Serve:
E. LeRoy, Esq.
D. Bundy, Esq.
D. Ennis, Esq.
L. Compton, Case Trustee
U.S. Trustee